**08 CR 453**

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE COLE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Felony*

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO** YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information?   NO **X**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?   NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
NO **X**   YES ☐

6) What level of offense is this indictment or information?   FELONY **X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES **X**

8) Does this indictment or information include a conspiracy count?   NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .................. (II) | ☐ Income Tax Fraud .............. (II) | ☐ DAPCA Controlled Substances ...... (III) |
| ☐ Criminal Antitrust ............ (II) | ☐ Postal Fraud .................. (II) | ☐ Miscellaneous General Offenses (IV) |
| **X** Bank robbery .............. (II) | **X** Other Fraud ................ (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery .......... (II) | ☐ Auto Theft .................. (IV) | ☐ Liquor, Internal Revenue Laws ...... (IV) |
| ☐ Other Robbery ............... (II) | ☐ Transporting Forged Securities ... (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ..................... (III) | ☐ Forgery .................... (III) | ☐ Motor Carrier Act .............. (IV) |
| ☐ Burglary ................... (IV) | ☐ Counterfeiting ............... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ........... (IV) | ☐ Sex Offenses ................ (II) | ☐ Obscene Mail ................. (III) |
| ☐ Postal Embezzlement ........ (IV) | ☐ DAPCA Marijuana ............. (III) | ☐ Other Federal Statutes .......... (III) |
| ☐ Other Embezzlement ........ (III) | ☐ DAPCA Narcotics ............. (III) | ☐ Transfer of Probation Jurisdiction ... (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC §§ 1341, 1343, 1344,   1028A(a)(1) and 2

**FILED**

JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Assistant United States Attorney