## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - (1-10) | **DATE** | 6/25/2008 |
| **CASE TITLE** | United States of America vs. Brown, Jr., Adams, Love, Jackson, Felton, Garofalo, Townsend, Defourneau, Ellington and Harris. | | |

**DOCKET ENTRY TEXT**

Arraignment and bond hearing for defendants', Bobbie Brown, Jr (1), Barry Adams (2), Leslie Love (3), Gwendolyn Jackson (4), Donald Felton (5), James Garofalo (6), Calvin Townsend (7), Harry Defourneau (8), Brandon Ellington (9) and Wayne Harris (10) is set for Tuesday, July 1, 2008 at 9:30 a.m. in courtroom 1838.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|