## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | United States of America vs. Bobby Brown, Jr. | | |

**DOCKET ENTRY TEXT**

Arraignment held. Bond hearing held and continued to Thursday, July 3, 2008 at 11:00 a.m. Michael Falconer is appointed as counsel for defendant. Defendant informed of his rights and waives formal reading of the indictment. Defendant acknowledges understanding the charges of the indictment and maximum penalties. Defendant enters a plea of not guilty to counts 1-12, 13-14, 18-25 and 26 of the indictment. Defendant is released on $10,000.00 own recognizance bond with the conditions as stated in the bond and in this order. Defendant shall be under house incarceration with electric monitoring. Defendant is ordered not to have any contact with the co-defendants in this case and in case 08CR452. Rule 16.1(a) conference shall be held by July 7, 2008. Pretrial motions are due by August 1, 2008. Status hearing is set before Judge Andersen on September 11, 2008 at 10:00 a.m. Time is excluded from July 1, 2008 to and including September 11, 2008. (E-X).

Docketing to mail notices.

01:00



FILED 2008 JUL -3 PM 3:06 CLERK U.S. DISTRICT COURT

|  | Courtroom Deputy Initials: | CDH |
|---|---|---|