# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: U.S. vs. B. Brown
FOR / AT:

LOCATION NUMBER: ND. 2

PERSON REPRESENTED (Show your full name): Bobbie L Brown Jr

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

FILED 7-1-08
JUL X 1 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

☒ 1 Defendant - Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 08 CR 453
District Court: 08 CR 453-1
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☒ Am Self Employed
Name and address of employer: BxM Custom Homes, INC
IF YES, how much do you earn per month? $ 0
IF NO, give month and year of last employment. How much did you earn per month? $ $10,000 per month
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 0

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED: 10,000  SOURCES: Real Estate
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: $

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 9
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Lights, Gas, Water | | $ | $ 700.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Bobbie L Brown Jr