## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 453 - 1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | United States of America vs. Bobby Brown, Jr. | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Enter Amended Order Setting Conditions of Release.

Docketing to mail notices.

00:15

FILED
2008 JUL -3 PM 3:06
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|