UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | 08 CR 453–1 |
| ) | |
| BOBBIE BROWN ) | Judge Anderson |
| ) | |
| ) | Magistrate Judge Cole |

TO:  Dan May, AUSA
     United States Attorney's Office
     219 S. Dearborn
     Chicago

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 11, 2008 at 10:00 a.m. I will appear before the HonorableWayne Anderson in the court room usually occupied by him [Room 1403] in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before such other judge who may be sitting in his place and then and there present <u>MOTION TO ENLARGE CONDITIONS OF BOND.</u>

_____
/s/MICHAEL J. FALCONER

PROOF OF SERVICE BY MAIL

    The undersigned attorney certifies that a copy of the foregoing pleading was served upon the person to whom it is above directed

✓    by use of the court ECF system

☐    by placing same in the U.S. Mail at 35 East Wacker Drive, properly addressed with postage prepaid

☐    personal delivery

September 3, 2008

                                                  _____
                                                  /s/MICHAEL J. FALCONER

MICHAEL J. FALCONER
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 236-7177
mfalconer@prodigy.net